IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY BALLARD,** | CV-F-04-6583 OWW WMW HC |
| Petitioner, | **ORDER** |
| v. | |
| **TOM L. CAREY, Warden,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file a reply to Petitioner's opposition to motion to dismiss. Good cause appearing, Respondent is HEREBY GRANTED an extension of time to and including May 22, 2005, in which to file a reply to Petitioner's opposition to motion to dismiss.

IT IS SO ORDERED.

**Dated:   April 21, 2005**          /s/  William M. Wunderlich
bl0dc4                    UNITED STATES MAGISTRATE JUDGE