UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY BALLARD, | ) | 1:04-CV-06583-OWW-WMW-HC |
|       Petitioner, | ) ) ) | ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE WILLIAM M. WUNDERLICH |
|   v. | ) | |
| TOM L. CAREY, | ) ) | Old case # 1:04-06583-OWW-WMW-HC |
| | ) | New case # 1:04-06583-WMW-HC |
|       Respondent. | ) ) ) | |

      Petitioner is a state prisoner proceeding pro se in a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  It appearing that all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

      1.    This action is assigned to United States Magistrate Judge WILLIAM M. WUNDERLICH  for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment,

      2.    The Clerk of the Court is directed to assign this action in its entirety to Magistrate

Judge WILLIAM M. WUNDERLICH , and

    3.    The new case number shall be

## 1:04-CV-06583-WMW-HC

and all future pleadings and/or correspondence must be so numbered.  The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

**Dated:**   February 27, 2006          /s/  **William M. Wunderlich**
bl0dc4                                      UNITED STATES MAGISTRATE JUDGE